**427**

STATE of Missouri, Respondent,

v.

Leroy TAYLOR, Appellant.

Leroy A. TAYLOR, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 43261, WD 44587.

Missouri Court of Appeals,
Western District.

June 9, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 28, 1992.

Application to Transfer Denied
Sept. 22, 1992.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J. and TURNAGE and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for kidnapping § 558.011.1(1), armed criminal action § 571.015, and rape § 566.030, RSMo 1986, and sentence as a prior offender to consecutive terms of 30 years for kidnapping, 500 years for armed criminal action and life imprisonment for rape. This is also an appeal from the denial of a motion filed under Rule 29.15.

The judgment of conviction is affirmed and the judgment denying relief under Rule 29.15 is affirmed. Rules 30.25(b) and 84.16(b).